**UNITED STATES BANKRUPTCY COURT**

Northern District of West Virginia

| | |
|---|---|
| In Re: Matthew Bruce Teter, Debtor | Case No.: 2:21–bk–00660<br><br>Chapter: 7 |

**NOTICE OF NEED TO FILE PROOF OF CLAIM**

**DUE TO TRUSTEE'S NOTICE OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. It now appears that the trustee may recover assets in this case.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court, on or before: 6/4/22. Governmental Agencies must file a proof of claim within 180 days of the Order for Relief or by 6/4/22, whichever is later. There is no fee for filing the proof of claim. Any creditor who has filed a proof of claim already need not file another proof of claim.

A Proof of Claim may be filed electronically through the Court's website. An e–filing login and password is **not** required. To access the Claims E–Filing page, go to www.wvnb.uscourts.gov, click on the Programs & Services tab, and select Claims E–Filing or you can choose the direct link at: http://www.wvnb.uscourts.gov/claims−e−filing.

A Proof of Claim form ("Official Form B10") may also be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office and filed with the Clerk of the Bankruptcy Court by regular mail at P.O. Box 70, Wheeling, WV 26003.

Date of Issuance: 3/3/22

                                                 Ryan W. Johnson
                                                 Clerk, U.S. Bankruptcy Court
                                                 Post Office Box 70
                                                 Wheeling, WV 26003
                                                 304–233–1655